UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT DRUHAN, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  Civil Action 24-cv-11305-IT |
| | * |
| GILLETTE STADIUM, et. al., | * |
| | * |
| Defendants. | * |
| | * |

ORDER

August 27, 2024

TALWANI, D.J.

In a July 31, 2024 <u>Order</u> [Doc. No. 5], the Court denied without prejudice Plaintiff's <u>Application to Proceed Without Prepaying Fees or Costs</u> [Doc. No. 2] ("Application") and ordered Plaintiff to (1) resolve the filing fee by paying the $405 filing fee or file a renewed Application; and (2) file a signed complaint. The Court gave Plaintiff twenty-one days—until August 21, 2024—to comply with the Order, and the Court stated that failure to comply with the Order would result in dismissal of the action.

Plaintiff has not filed anything in response to Order, and the time for complying with the Order has lapsed. Accordingly, this action is hereby DISMISSED without prejudice for failure to pay the to pay the filing fee and to file a signed complaint.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge

August 27, 2024